

**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

February 12, 2021

**VIA ECF**
Hon. Douglas E. Arpert, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      **Re:** *Catalyst Pharmaceuticals, Inc., et al. v. Jacobus Pharmaceuticals, Inc., et al.*
           **Civil Action No.: 3:20-cv-14590 (MAS-DEA) (Consolidated)**

Dear Judge Arpert:

    This firm, together with Sterne, Kessler, Goldstein & Fox, PLLC, represents Plaintiffs Catalyst Pharmaceuticals, Inc. and SERB SA (collectively, "Plaintiffs") in connection with the above-referenced consolidated matter. On behalf of all parties, we respectfully submit the enclosed proposed Stipulated Discovery Confidentiality Order, along with an attorney certification from each party in support thereof.

    Should the proposed Order meet with Your Honor's approval, we respectfully request that it be executed and entered on the docket. We thank the Court for its attention to this matter and are available should the Court have any questions.

                                            Respectfully submitted,

                                            *s/Liza M. Walsh*

                                            Liza M. Walsh

Enclosures
cc:    All Counsel of Record (via ECF & email)