

|  | **Matthew Sklar** | McCarter & English, LLP |
|---|---|---|
|  | Partner | Four Gateway Center |
|  | T. 973-639-2009 | 100 Mulberry Street |
|  | F. 973-297-6602 | Newark, NJ 07102-4056 |
|  | msklar@mccarter.com | www.mccarter.com |

March 25, 2021

**VIA ECF**

Hon. Douglas E. Arpert
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

**Re:** ***Catalyst Pharmaceuticals, Inc., et al. v. Jacobus Pharmaceutical Company, Inc.***, **Civil Action No. 3:20-cv-14590-MAS-DEA; and**

***Catalyst Pharmaceuticals, Inc., et al. v. PANTHERx Specialty LLC, et al.***, **Civil Action No. 3:20-cv-17040-MAS-DEA**

Dear Judge Arpert:

Our firm represents the Defendants in the above-referenced consolidated cases. Pursuant to L. Civ. R. 6.1, we respectfully request that the Court extend certain deadlines in the pretrial scheduling order (Dkt. No. 42 in Civil Action No. 3:20-14590) as follows:

| **Event** | **Current Deadline** | **Extended Deadline** |
|---|---|---|
| Defendants Serve Consolidated Non-Infringement Contentions and Produce Underlying Documents (L. Pat. R. 3.2A) | 03/26/2021 | 04/02/2021 |
| Defendants Serve Consolidated Invalidity Contentions and Produce Underlying Documents (L. Pat. R. 3.3-3.4) | 03/26/2021 | 04/02/2021 |
| Plaintiff Serves Responses to Consolidated Invalidity Contentions and Produce Underlying Documents (L. Pat. R. 3.4A) | 04/16/2021 | 04/30/2021 |
| Parties Exchange Claim Terms to be Construed (L. Pat. R. 4.1(a)) | 04/30/2021 | 05/07/2021 |

ME1 36125792v.1

March 25, 2021
Page 2

| | | |
|---|---|---|
| Parties Exchange "Preliminary Claim Constructions" and Identify Supporting Intrinsic and Extrinsic Evidence (L. Pat. R. 4.2(a)-(b)) | 05/10/2021 | 05/17/2021 |
| Parties to Exchange Identification of Intrinsic and Extrinsic Evidence in Opposition to Other Party's Proposed Constructions (L. Pat. R. 4.2 (c)) | 06/02/2021 | 06/09/2021 |
| Substantial Completion of Document Production | 06/18/2021 | 06/25/2021 |
| Parties to File Joint Claim Construction and Prehearing Statement (L. Pat. R. 4.3) | 06/30/2021 | 07/07/2021 |

We are requesting this extension to provide the parties with additional time to prepare patent contention disclosures and underlying document productions, and to extend the deadlines that follow the exchange of those materials to accommodate for that additional time.

The aforementioned deadlines have not been previously extended. All of the parties in the above-referenced cases consent to this extension request.[1]

If Your Honor approves of this request, we respectfully request that you "so order" this letter and have it filed on the docket for the lead case. We thank the Court for its consideration.

Respectfully submitted,

*s/ Matthew A. Sklar*

Matthew A. Sklar

cc:   Counsel of Record (Via ECF)

So Ordered on this 26th day of March 2021.

**DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Plaintiffs in the above-referenced cases purport that the Defendant in Civil Action No. 3:20-14590 was served with a Summons and a Copy of the Complaint on October 19, 2020 and the Defendants in Civil Action No. 3:20-17040 were each served with a Summons and a Copy of the Complaint on October 21, 2020.