UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATALYST PHARMACEUTICALS, INC. AND SERB S.A., <br><br> Plaintiffs, <br><br> v. <br><br> JACOBUS PHARMACEUTICALS COMPANY, INC., <br><br> Defendant. | Civil Action No. 20-14590 (MAS) (DEA) <br><br><br> **ORDER** |
| CATALYST PHARMACEUTICALS, INC. AND SERB S.A., <br><br> Plaintiff, <br><br> v. <br><br> PANTHERX SPECIALTY, LLC, AND PANTHER SPECIALTY HOLDING, CO., <br><br> Defendants. | Civil Action No. 20-17040 (MAS) (DEA) <br><br><br> **ORDER** |

  This matter comes before the Court upon Defendants' Jacobus Pharmaceutical Company, Inc., Pantherx Specialty, LLC and Panther Specialty Holding, Co. (collectively "Defendants") Motion to Dismiss Plaintiffs' Catalyst Pharmaceuticals, Inc. ("Catalyst") and SERB S.A. (collectively "Plaintiffs") Complaints ((No. 20-14590, Jacobus Compl., ECF No. 1) and (No. 20-17040, Pantherx Compl., ECF No. 1)) pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 33.)[1] Plaintiffs filed Opposition (ECF No. 39) and Defendants filed a Reply (ECF No.

---

[1] On January 21, 2021, the Court consolidated both cases for all purposes. (Jan. 21, 2021 Order, ECF No. 41.)

47). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and for good cause shown,

    **IT IS** on this <u>31st</u> day of July, 2021 **ORDERED** that:

    Defendants' Motion to Dismiss (ECF No. 33) is **DENIED**.

s/ Michael A. Shipp<br>
**MICHAEL A. SHIPP**<br>
**UNITED STATES DISTRICT JUDGE**