

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

October 8, 2021

**VIA ECF**
Hon. Douglas E. Arpert, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    **Re:**    *Catalyst Pharmaceuticals, Inc., et al. v. Jacobus Pharmaceuticals, Inc., et al.*
              **Civil Action No.: 3:20-cv-14590 (MAS-DEA) (Consolidated)**

           *Catalyst Pharmaceuticals, Inc., et al. v. PANTHERx Specialty LLC, et al.*,
           **Civil Action No. 3:20-cv-17040 (MAS-DEA)**

Dear Judge Arpert:

    This firm, together with Sterne, Kessler, Goldstein & Fox, PLLC, represents Plaintiffs Catalyst Pharmaceuticals, Inc. and SERB SA (collectively, "Plaintiffs") in connection with the above-referenced matters. We write on behalf of all parties to respectfully request a brief extension of today's deadline to file a motion to seal and redactions for Defendants' Answers and Counterclaims, and related exhibits filed at D.E. 73 in Case No. 3:20-cv-14590 and D.E. 44 in Case No. 3:20-cv-17040 on September 10, 2021; specifically, the Parties request the deadline be extended to October 13, 2021.

    The parties are continuing to meet and confer regarding the proposed redactions and to finalize the motion papers. Accordingly, we respectfully submit a brief extension from October 8 to October 13 is necessary.

    Should the requested extension be acceptable to Your Honor, we respectfully request that this letter be "So Ordered" and entered on the docket. As always, we are available should Your Honor or Your Honor's staff have any questions or need anything further.

                                      Respectfully submitted,

                                      *s/Liza M. Walsh*

                                      Liza M. Walsh

cc:    All Counsel of Record (via ECF & email)

Hon. Douglas E. Arpert, U.S.M.J.
October 8, 2021
Page 2


SO ORDERED:


_____
Hon. Douglas E. Arpert, U.S.M.J.